UNITED STATES of America,
Plaintiff–Appellee,

v.

Thomas Lee CUMMINGS,
Defendant–Appellant.

No. 14–6166.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 24, 2014.

Decided: April 29, 2014.

Thomas Lee Cummings, Appellant Pro
Se. Amy Elizabeth Ray, Assistant United
States Attorney, Asheville, North Carolina; Shailika K. Shah, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, SHEDD, and
FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Lee Cummings appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Cummings*, No. 7:11–cr–00013–D–1 (E.D.N.C. Jan. 21, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*